# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-2168
_____

CHRISTINE DENISE ROY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the County Court for Escambia County.
Charles P. Young, Judge.

December 15, 2025

PER CURIAM.

AFFIRMED.

ROWE, BILBREY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, Jasmine R. Dixon, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.